UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21316-CIV-HIGHSMITH
Magistrate Judge McAliley

FELIX ACOSTA,

    Plaintiff,

vs.

SABRINA ALEXANDRIA, INC.,
a Florida Corporation, d/b/a La Paloma
Restaurant, and MARIA STAUB

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon the parties *Joint Motion to Approve Settlement, Release, and Non-Disclosure Agreement and Dismiss with Prejudice Plaintiff's Complaint* and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The parties' *Joint Motion to Approve Settlement, Release, and Non-Disclosure Agreement and Dismiss with Prejudice Plaintiff's Complaint* is hereby **GRANTED**. The Court finds the parties' settlement to be fair and reasonable in light of a bona fide dispute. Accordingly, the parties' Settlement, Release, and Non-Disclosure Agreement is hereby approved and Plaintiff's Complaint is dismissed with prejudice. The Court shall retain jurisdiction of this case to enforce the terms of the Settlement, Release, and Non-Disclosure Agreement. Each party shall bear their own fees and costs except as provided in the Settlement, Release, and Non-Disclosure Agreement. All pending motions are deemed moot.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 25 day of January, 2007.

_____
Shelby Highsmith, U.S. DISTRICT JUDGE

Peter Bober, Esquire          954-922 5455
Reynaldo Velazquez, Esquire   305-529-0058

## SERVICE LIST

<u>Felix Acosta v. Sabrina Alexandria, Inc., *et al.*</u>
CASE NO.:  06-21316-CIV-HIGHSMITH / Magistrate Judge McAliley
United States District Court, Southern District of Florida

Peter Bober, Esq.
peter@boberlaw.com
Bober & Bober, P.A.
1930 Tyler Street
Hollywood, Florida  33020
Tel:    954-922-2298
Fax:   954-922 5455
Counsel for Plaintiff
Notice of Electronic Filing

Reynaldo Velazquez, Esquire
rey@velazquezlawfirm.com
Velazquez Law Firm, P.A.
100 Almeria Avenue, Suite 340
Coral Gables, Florida 33134
Tel.    305-529-0005
Fax:   305-529-0058
Counsel for Defendants
Notice of Electronic Filing